IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| RICTAVIOUS PROSSER )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF WRIGHTSVILLE, )<br>)<br>   Defendant. ) | CIVIL ACTION NO. 3:14-CV-014 |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through their respective counsel, and hereby agree and stipulate that the Plaintiff's claims have been settled in full between the parties and the Court is hereby requested to dismiss Plaintiff's Complaint with prejudice to Plaintiff, each party to bear their own cost of litigation.

This ___ day of August, 2014.

_____
C. Mitchell Warnock, Jr.
Attorney for Plaintiff

_____
Ralph N. Jackson
Attorney for Defendant