ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JAN 21 PM 2: 28

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| RICTAVIOUS PROSSER, | * |
| Plaintiff, | * |
| v. | * CV 314-014 |
| CITY OF WRIGHTSVILLE, | * |
| Defendant. | * |

**ORDER**

On August 27, 2014, the parties in the captioned case filed a "Stipulation of Dismissal," indicating that they have reached a settlement agreement. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE